# United States District Court

**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | Case No. 4:09-CV-554 |
| | § | Judge Schneider/Judge Mazzant |
| EDWARD BROWN, | § | |
| JESSIE BROWN, and | § | |
| WELLS FARGO HOME MORTGAGE, INC. | § | |

## MEMORANDUM ADOPTING REPORT AND
## RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On December 2, 2010, the report of the Magistrate Judge was entered containing proposed findings of fact and recommendations that the United States' Motion for Summary Judgment (Dkt. #31) should be granted.

The Court, having made a *de novo* review of the objections raised by Defendants Edward and Jessie Brown, is of the opinion that the findings and conclusions of the Magistrate Judge are correct, and the objections are without merit. Therefore, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this Court.

It is, therefore, **ORDERED** that the United States' Motion for Summary Judgment (Dkt. #31) is **GRANTED**.

**It is SO ORDERED.**

**SIGNED this 5th day of January, 2011.**

MICHAEL H. SCHNEIDER
UNITED STATES DISTRICT JUDGE